FILED

NOV 06 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

CARLOS I. URESTI and
STANLEY P. BATES,

          Defendants.

Case No.: 5:18-cv-1013-XR

## ORDER GRANTING PLAINTIFF'S MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT STANLEY P. BATES

Pending before the Court is Plaintiff's Motion to Enter a Final Judgment against Stanley P. Bates. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, **GRANTED**. By separate document, the Court will enter final judgment against Defendant Stanley P. Bates in the form submitted with the motion.

SO ORDERED this ___6th___ day of ___November___, 2018

_____
UNITED STATES DISTRICT JUDGE